# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON D. SOWELL

NO. 2024 KW 0673

**SEPTEMBER 23, 2024**

---

In Re:     Aaron D. Sowell, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 22-
           CR7-150451.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                          MRT
                          WRC
                          CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT